CLOSED, STAY, TRANSFERRED, TYPE-C

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:03-cv-00248-RMU**
**Internal Use Only**

06-807 C

GERBER v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
Assigned to: Judge Ricardo M. Urbina
Cause: 05:0706 Judicial Review of Agency Actions

Date Filed: 02/14/2003
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**A. RUSSELL GERBER**
*M.D.*

represented by **Eugene R. Fidell**
FELDESMAN TUCKER LEIFER & FIDELL, LLP
2001 L Street, NW
Second Floor
Washington, DC 20036-4910
(202) 466-8960
Fax: (202) 293-8103
Email: efidell@feldesmantucker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**

represented by **Julia Douds**
U.S. ATTORNEY'S OFFICE
501 Third Street, NW
4th Floor
Washington, DC 20530
(202) 514-5134
Email: julia.douds@usdoj.gov
*TERMINATED: 09/06/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Oliver W. McDaniel**
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By [signature]
Deputy Clerk

CIVIL DIVISION
555 4th Street, NW
Washington, DC 20530
(202) 616-0739
Fax: (202) 514-8780
Email: oliver.mcdaniel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uldric L. Fiore, Jr.**
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0299
Fax: (202) 514-8780
Email: uldric.fiore@usdoj.gov
*TERMINATED: 07/12/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Matheson**
U.S. ATTORNEYS OFFICE
555 Fourth Street, NW
Room 10-818
Washington, DC 20001
(202) 514-7566
Fax: (202) 514-8780
Email: ana.a.matheson@usdoj.gov
*TERMINATED: 10/02/2003*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2003 | | SUMMONS (3) Issued as to UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. Attorney and U.S. Attorney General (aet, ) (Entered: 02/24/2003) |
| 02/14/2003 | 1 | COMPLAINT against UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (Filing fee $ 150.) , filed by A. RUSSELL GERBER.(aet, ) (Entered: 02/26/2003) |
| 03/06/2003 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 2/20/2003, answer due 4/21/2003, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. (aet, ) (Entered: 04/04/2003) |

| | | |
|---|---|---|
| 04/21/2003 | 3 | MOTION for Extension of Time to *answer or otherwise respond to complaint* by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Matheson, Ana) (Entered: 04/21/2003) |
| 04/28/2003 | 4 | ORDER granting 3 Defendant's Unopposed Motion for Enlargement of Time to Answer or Respond to Complaint. Signed by Judge Ricardo M. Urbina on 4/28/03. (Entered: 04/28/2003) |
| 06/06/2003 | 5 | MOTION for Extension of Time to File Answer by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Matheson, Ana) (Entered: 06/06/2003) |
| 06/18/2003 | 0 | ORDER granting 5 Unopposed Motion for Extension of Time to Answer. Signed by Judge Ricardo M. Urbina on 6/18/03. Modified on 6/18/2003 (afd). (Entered: 06/18/2003) |
| 06/23/2003 | 6 | MOTION for Extension of Time to File Answer by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Matheson, Ana) (Entered: 06/23/2003) |
| 06/23/2003 | | ORDER granting 6 Unopposed Motion for Extension of Time to Answer. Signed by Judge Ricardo M. Urbina on 6/23/03. (Entered: 06/23/2003) |
| 07/21/2003 | 7 | STANDING ORDER. Signed by Judge Ricardo M. Urbina on 7/21/03. (Entered: 07/21/2003) |
| 07/21/2003 | 8 | Consent MOTION for Extension of Time to File Answer by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Matheson, Ana) (Entered: 07/21/2003) |
| 07/22/2003 | 9 | MOTION for Leave to File *late motion for enlargement of time to answer* by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Matheson, Ana) (Entered: 07/22/2003) |
| 07/23/2003 | 10 | ANSWER to Complaint by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES.(Matheson, Ana) (Entered: 07/23/2003) |
| 07/23/2003 | 11 | Consent MOTION to Stay by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Matheson, Ana) (Entered: 07/23/2003) |
| 08/01/2003 | 12 | ORDER denying as moot 8 Defendant's Consent Motion for Extension of Time to Answer, denying as moot 9 Defendant's Consent Motion for Leave to File, granting 11 Defendant's Consent Motion to Stay. Signed by Judge Ricardo M. Urbina on 8/1/03. (Entered: 08/01/2003) |
| 10/02/2003 | 13 | NOTICE by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *of Appearance by Uldric L. Fiore, Jr. on behalf of Department of Health and Human Services and withdrawal of counsel Ana Matheson* (Fiore, Uldric) (Entered: 10/02/2003) |

| | | |
|---|---|---|
| 10/03/2003 | 14 | ATTORNEY APPEARANCE. (Fiore, Uldric) (Entered: 10/03/2003) |
| 10/21/2003 | 15 | STATUS REPORT *Joint, and Motion to Stay* by A. RUSSELL GERBER, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Fiore, Uldric) (Entered: 10/21/2003) |
| 10/27/2003 | | MINUTE ORDER Granting the Parties' Joint Motion for Stay. To permit the mediation process to continue, the stay is continued until December 15, 2003 and the deadline for the conclusion of mediation is extended until December 15, 2003. The parties shall submit a joint report on the status of the case no later than Friday, December 19, 2003. Signed by Judge Ricardo M. Urbina on 10/27/03. (Entered: 10/27/2003) |
| 12/18/2003 | 16 | Joint MOTION to Stay re Order, *and Joint Status Report* by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Fiore, Uldric) (Entered: 12/18/2003) |
| 12/18/2003 | | MINUTE ORDER granting 16 the Parties' Joint Motion for Stay. To permit the mediation process to continue, the stay is continued until February 17, 2004 and the deadline for the conclusion of mediation is extended until February 17, 2004. The parties shall submit a joint report on the status of the case no later than Friday, February 20, 2004. The court notes that this motion is the parties' second extension motion, and, while recognizing that certain issues beyond the parties' control have slowed the mediation process, urges the parties to direct their energies toward concluding mediation within the time allotted. Signed by Judge Ricardo M. Urbina on 12/18/03. (Entered: 12/18/2003) |
| 02/20/2004 | 17 | Joint MOTION to Stay *and Joint Status Report* by A. RUSSELL GERBER, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Fiore, Uldric) (Entered: 02/20/2004) |
| 02/20/2004 | | MINUTE ORDER granting 17 Parties' Joint Motion to Stay. To permit the mediation process to continue in light of the parties' assessment that resolution of the case "remains highly likely," the stay is continued until March 22, 2004 and the deadline for the conclusion of mediation is extended until February 22, 2004. The parties shall submit a joint report on the status of the case no later than Friday, March 26, 2004. Signed by Judge Ricardo M. Urbina on 2/20/04. (Entered: 02/20/2004) |
| 03/26/2004 | 18 | STATUS REPORT *Joint Status Report and Motion for Stay* by A. RUSSELL GERBER, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Fiore, Uldric) (Entered: 03/26/2004) |
| 03/26/2004 | | MINUTE ORDER granting 18 Parties' Joint Motion for Stay. To permit the parties to conclude the final stages of the settlement, the stay is continued until April 1, 2004. The parties shall submit a stipulation of settlement or a joint report on the status of the case no later than Thursday, April 1, 2004. Signed by Judge Ricardo M. Urbina on 3/26/04. (Entered: 03/26/2004) |

| | | |
|---|---|---|
| 04/01/2004 | 19 | STIPULATION *of Settlement and Dismissal* by A. RUSSELL GERBER, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Fiore, Uldric) (Entered: 04/01/2004) |
| 04/05/2004 | 20 | STIPULATED ORDER of settlement and dismissal Signed by Judge Ricardo M. Urbina on April 5, 2004. (jwd) (Entered: 04/05/2004) |
| 04/05/2004 | | ***Civil Case Terminated. (jwd) (Entered: 04/26/2004) |
| 06/30/2005 | 21 | MOTION to Reopen Case *and Transfer* by A. RUSSELL GERBER. (Attachments: # 1 Statement of Points and Authorities# 2 Text of Proposed Order)(Fidell, Eugene) (Entered: 06/30/2005) |
| 07/12/2005 | 22 | NOTICE of Appearance by Julia Douds on behalf of UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (Douds, Julia) (Entered: 07/12/2005) |
| 07/12/2005 | 23 | Unopposed MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Reopen Case *and Transfer* by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Douds, Julia) (Entered: 07/12/2005) |
| 07/13/2005 | | MINUTE ORDER granting 23 Motion for Extension of Time to File Response/Reply re 21 MOTION to Reopen Case and Transfer. Responses due by 7/22/2005. Signed by Judge Ricardo M. Urbina on 7/13/05. (lcrmu1, ) (Entered: 07/13/2005) |
| 07/14/2005 | | Set Deadlines/Hearings: Responses due by 7/22/2005 (jwd) (Entered: 07/14/2005) |
| 07/22/2005 | 24 | Memorandum in opposition to motion re 21 filed by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Douds, Julia) (Entered: 07/22/2005) |
| 07/24/2005 | 25 | REPLY to opposition to motion re 21 *reinstate and transfer* filed by A. RUSSELL GERBER. (Fidell, Eugene) (Entered: 07/24/2005) |
| 09/06/2005 | 26 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. Attorney Julia Douds terminated. (McDaniel, Oliver) (Entered: 09/06/2005) |
| 09/06/2005 | 27 | NOTICE of Appearance by Oliver W. McDaniel on behalf of UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (McDaniel, Oliver) (Entered: 09/06/2005) |
| 11/07/2005 | 28 | ORDER granting 21 Motion to Reopen Case. Signed by Judge Ricardo M. Urbina on 11/7/05. (djr) (Entered: 11/07/2005) |
| 11/07/2005 | | Remark:Case Reopened (jwd) (Entered: 11/08/2005) |
| 12/05/2005 | 29 | MOTION to Transfer Case *Supplemental Statement of Points and Authorities* by A. RUSSELL GERBER. (Attachments: # 1 Exhibit Stipulation of Settlement and Dismissal# 2 Exhibit CCPM CC22.2 Inst 3# 3 Exhibit CCPM CC22.2 Inst 10# 4 Exhibit Personnel Order# 5 Exhibit Leave |

| | | |
|---|---|---|
| | | Record# 6 Exhibit Griswold v. Potter)(Fidell, Eugene) (Entered: 12/05/2005) |
| 12/19/2005 | 30 | Memorandum in opposition to re 29 filed by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (McDaniel, Oliver) (Entered: 12/19/2005) |
| 12/20/2005 | 31 | SUPPLEMENTAL MEMORANDUM to re 28 Order on Motion to Reopen Case *Reply to Defendant's Opposition to Supplemental Statement of Points and Authorities* filed by A. RUSSELL GERBER. (Fidell, Eugene) (Entered: 12/20/2005) |
| 02/06/2006 | 32 | MEMORANDUM ORDER granting Motion to Transfer Case 29. Signed by Judge Ricardo M. Urbina on 2/6/06. (djr) (Entered: 02/06/2006) |
| 02/06/2006 | | ***Civil Case Terminated. (jwd) (Entered: 03/07/2006) |
| 03/03/2006 | 33 | MOTION for Reconsideration re 32 Order on Motion to Transfer Case by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 03/03/2006) |
| 03/04/2006 | 34 | Memorandum in opposition to re 33 *Motion for Reconsideration of Order Transferring Case to U.S. Court of Federal Claims* filed by A. RUSSELL GERBER. (Attachments: # 1 Text of Proposed Order Denying Motion for Reconsideration)(Fidell, Eugene) (Entered: 03/04/2006) |
| 03/06/2006 | 35 | NOTICE OF WITHDRAWAL OF MOTION by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES re 33 MOTION for Reconsideration re 32 Order on Motion to Transfer Case (McDaniel, Oliver) (Entered: 03/06/2006) |
| 03/07/2006 | | Case transferred out to the U.S. Federal Claims Court pursuant to Court order dated 02/06/06; sent by certified mail. (jf, ) (Entered: 03/07/2006) |
| 04/03/2006 | | CASE returned from U.S. Federal Claims Court pursuant as a premature transfer pursuant to 28 U.S.C. 1292(d)(4)(B) (jf, ) (Entered: 05/01/2006) |
| 06/01/2006 | | Case transferred out to the U.S. Federal Claims Court pursuant to Court order dated 02/06/06; sent by certified mail. (jf, ) (Entered: 06/01/2006) |