# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| A. RUSSELL GERBER, | * | |
| Plaintiff, | * | No. 06-807C |
| v. | * | Filed: March 6, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

It has come to the court's attention that the United States has not been served with notice of plaintiff's Amended Complaint filed electronically on December 4, 2006. The Clerk of Court is directed to strike plaintiff's Amended Complaint filed on that date. Plaintiff will refile its Amended Complaint by March 13 in accordance with Rule 3.1(a)(2) of the United States Court of Federal Claims. Rule 3.1(a)(2) requires "an original and 7 [paper] copies of an amended complaint . . . be filed in conformity with the rules of this court setting forth the claim or claims transferred. Service shall be made on the United States as provided in RCFC 4."

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge