IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. RUSSELL GERBER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-807C |
| | ) | (Judge Hodges) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including June 6, 2007, within which to file its answer or other responsive pleading that is currently due on May 7, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel who has indicated that plaintiff does not oppose this request. During this time, the parties intend to consider possible settlement discussions.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time within which to file its answer or other responsive pleading.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

May 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of May, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo