# In the United States Court of Federal Claims

* * * * * * *

A. RUSSELL GERBER, *

Plaintiff, * No. 06-807C

v. * Filed: May 2, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement to June 6, within which to file its answer is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge