# In the United States Court of Federal Claims

* * * * * * *

A. RUSSELL GERBER, *

Plaintiff, * No. 06-807C

v. * Filed: June 1, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement to July 6 is GRANTED. This is defendant's second such request. We do not expect additional extensions for this purpose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge