IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. RUSSELL GERBER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-807C |
| | ) | (Judge Hodges) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of an additional 25 days, to and including Tuesday, July 31, 2007, within which to file its answer or other responsive pleading that is currently due on July 6, 2007. This is defendant’s third request for an enlargement of time for this purpose. The Court previously granted defendant’s second unopposed enlargement of 30 days on June 1. The parties have reached a tentative settlement agreement.

Defendant’s counsel will be on active military service from July 9 through 13, 2007, while plaintiff’s counsel will be unavailable from July 13 through 27, 2007. Upon plaintiff counsel’s return, the parties anticipate the execution and filing of a stipulation for entry of judgment.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 25-day enlargement of time within which to file its answer or other responsive pleading.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

July 6, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of July, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo