# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| A. RUSSELL GERBER, | * | |
| Plaintiff, | * | No. 06-807C |
| v. | * | Filed: July 9, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's unopposed motion for enlargement to July 31 within which to file its answer is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge