# In the United States Court of Federal Claims

* * * * * * *

A. RUSSELL GERBER, *

Plaintiff, * No. 06-807C

v. * Filed: July 30, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The Clerk of Court will enter judgment for plaintiff in accordance with paragraph ten of the Stipulation for Entry of Judgment filed by the parties on July 27, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge