# In the United States Court of Federal Claims

**No. 06-807 C**

**A. RUSSELL GERBER**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order filed July 30, 2007, and the parties' stipulation for entry of judgment, filed July 27, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $106,564.72, inclusive of all back pay, attorney fees and costs.

Brian Bishop
Clerk of Court

August 1, 2007 By: s/ Debra L. Samler

Deputy Clerk