COPY

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

February 25, 2008

Eugene R. Fidell, Esq.

Feldesman, Tucker, et al

2001 L Street, NW, 2nd Floor

Washington, DC 20036-4910

In re: A. Russell Gerber v. United States, No.06-807 C

Dear Mr. Fidell:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated August 1, 2007, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Armando A. Rodriguez-Feo, Esq., Dept. Of Justice